CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADARSH GOPALAKRISHNAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IMMIGRANT INVESTOR PROGRAM OFFICE, *et al*.,<br><br>　　　　　　Defendants. | Case No. 5:26-cv-00041-PCP<br><br>**STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFF'S AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiff filed this complaint and writ of mandamus seeking to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-526E, Immigrant Petition by Regional Center Investor. Dkt. No. 1. The U.S. Attorney's Office received service of the complaint on January 20, 2026. On February 18, 2026, USCIS issued a decision approving Plaintiff's Form I-526E. Plaintiff and Defendants now stipulate and respectfully request the Court grant the parties' proposed schedule for the filing of Plaintiff's amended complaint. The parties make this request because Plaintiff would like to amend his complaint to include a claim for Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status.

Accordingly, the parties have conferred and agreed to the following schedule:

1.　　　Plaintiff will file an amended complaint by March 27, 2026.

Stipulation
Case No. 5:26-cv-00041-PCP                                     1

2.      Defendants will file their response to Plaintiff's amended complaint by April 27, 2026.

The parties respectfully request that the Court adopt the above-proposed schedule for Plaintiff's amended complaint and Defendants' response.

Dated: March 20, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

_s/ Molly A. Friend_
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: March 20, 2026

_s/ Bernard P. Wolfsdorf_
BERNARD P. WOLFSDORF
WR Immigration
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  March 24, 2026

HON. P. CASEY PITTS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 5:26-cv-00041-PCP         2