CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7177
   FAX: (415) 436-7234
   molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADARSH GOPALAKRISHNAN, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>IMMIGRANT INVESTOR PROGRAM<br>OFFICE, *et al.*,<br><br>               Defendants. | Case No. 5:26-cv-00041-PCP<br><br>**STIPULATION TO STAY PROCEEDINGS;**<br>**[PROPOSED] ORDER** |

On March 24, 2026, the Court granted the parties' stipulation to a proposed schedule for Plaintiff's amended complaint, setting the due date for Plaintiff's amended complaint as March 27, 2026, and for Defendants' response to Plaintiff's amended complaint as April 27, 2026. *See* Dkt. No. 11. Plaintiff filed an amended complaint on March 27, 2026. *See* Dkt. No. 12. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status application. Plaintiffs' response to the RFE is due on July 2, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 31, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Stipulation
Case No. 5:26-cv-00041-PCP                                1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 27, 2026                                      Respectfully submitted,[1]

                                                          CRAIG H. MISSAKIAN
                                                          United States Attorney


                                                          s/ Molly A. Friend
                                                          MOLLY A. FRIEND
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants


Dated: April 27, 2026

                                                          s/ Bernard P. Wolfsdorf
                                                          BERNARD P. WOLFSDORF
                                                          WR Immigration
                                                          Attorney for Plaintiff


### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Date:  April 28, 2026

                                                          HON. P. CASEY PITTS
                                                          United States District Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
Case No. 5:26-cv-00041-PCP                      2